# Court of Appeals
# of the State of Georgia

ATLANTA,  July 17, 2019

*The Court of Appeals hereby passes the following order:*

**A19A2011.  WILLIAM LAWSON v. GEICO.**

William Lawson filed an action for damages in magistrate court.  Following an adverse ruling, GEICO Casualty Company filed a notice of appeal to state court.  The state court granted GEICO's motion for summary judgment, and Lawson filed this direct appeal.  We, however, lack jurisdiction.

An appeal from a state court order disposing of a de novo appeal from a magistrate court decision must be initiated by filing an application for discretionary review.  See OCGA § 5-6-35 (a) (11), (b); *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82, 82 (453 SE2d 119) (1995).  Lawson's failure to file an application under OCGA § 5-6-35 (a) (11) deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.  See *Strachan*, 216 Ga. App. at 82.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,  07/17/2019
    I certify that the above is a true extract from
the minutes of the Court of Appeals of Georgia.
    Witness my signature and the seal of said court
hereto affixed the day and year last above written.

                                    *Stephen E. Castlen*                    , Clerk.